

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-20-00002-CR

**IN RE** Corey **KING**

Original Mandamus Proceeding[1]

### ORDER

On January 2, 2020, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 15, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR7910, styled *The State of Texas v. Corey King*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.